Steven F. Alder (Utah Bar No. 0033) (*pro hac vice*)
John Robinson Jr. (Utah Bar No. 15247) (*pro hac vice*)
    Utah Assistant Attorneys General
Sean D. Reyes (Utah Bar No. 7969) (*pro hac vice*)
    Utah Attorney General
Utah Office of the Attorney General
1594 W. North Temple, Suite 300
Salt Lake City, Utah 84116
*Tel*:    (801) 538-7227
*Email*:   jrobinson@utah.gov
         stevealder@utah.gov

Daniel B. Frank (Wyo. Bar No. 5-2978)
Frank Law Office, P.C.
519 E. 18th Street
Cheyenne, Wyoming 82001
*Tel*:    (307) 432-0520
*Email*:  frank@tribcsp.com

*Attorneys for proposed Petitioner-Intervenor State of Utah*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, et al.,<br><br>    *Petitioners*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    *Respondents*. | Case Nos.   2:15-CV-00043-SWS<br>                   2:15-CV-00041-SWS<br><br>Hon. Scott W. Skavdahl |

UTAH'S NOTICE OF JOINDER IN WYOMING AND COLORADO'S
MOTION FOR PRELIMINARY INJUNCTION

Petitioner State of Utah hereby joins Wyoming and Colorado in their Motion for Preliminary Injunction, ECF. No. 32. Utah also joins the legal argument in the accompanying Memorandum in Support of the motion.

Respectfully submitted this 18th day of June, 2015.

UTAH ATTORNEY GENERAL'S OFFICE

_____
Steven F. Alder (*pro hac vice*)
John Robinson Jr. (*pro hac vice*)
    Utah Assistant Attorneys General
Sean D. Reyes (*pro hac vice*)
    Utah Attorney General
Utah Office of the Attorney General
1594 W. North Temple, Suite 300
Salt Lake City, Utah 84116
*Tel*:     (801) 538-7227
*Email*:  jrobinson@utah.gov
          stevealder@utah.gov

Daniel B. Frank (Wyo. Bar No. 5-2978)
Frank Law Office, P.C.
519 E. 18th Street
Cheyenne, Wyoming 82001
*Tel*:     (307) 432-0520
*Email*:  frank@tribcsp.com

*Attorneys for proposed Petitioner-Intervenor State of Utah*

## Certificate of Service

The undersigned certifies that an exact copy of State of Utah's Notice Of Joinder in Wyoming and Colorado's Motion for Preliminary Injunction was served on all counsel of record via CM/ECF on June 18, 2015.

/s/ Daniel B. Frank