L. Poe Leggette (Wyoming Bar No. 7-4652)
Mark S. Barron
Alexander K. Obrecht (Wyoming Bar No. 7-5442)
BAKER & HOSTETLER LLP
1801 California, Suite 4400
Denver, Colorado 80202-5835
Telephone: 303.861.0600
Facsimile: 303.861.7805
pleggette@bakerlaw.com
mbarron@bakerlaw.com
aobrecht@bakerlaw.com

*Attorneys for Petitioners Independent Petroleum Association of America
& Western Energy Alliance*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA, and WESTERN ENERGY ALLIANCE, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Case No. 2:15-CV-00041-SWS |
| SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) | Consolidated with 2:15-CV-00043-SWS |
| Respondents. | ) ) | |
| _____ | ) ) | |
| SIERRA CLUB, EARTHWORKS, THE WILDERNESS SOCIETY, WESTERN RESOURCE ADVOCATES CONSERVATION COLORADO EDUCATION FUND, and SOUTHERN UTAH WILDERNESS ALLIANCE, | ) ) ) ) ) ) ) | |
| Intervenors | ) | |

606715271.1

## NOTICE OF SUPPLEMENTAL AFFIDAVIT

Consistent with Rule 7.1(b)(2)(E) of this Court's Local Rules, Petitioners Independent Petroleum Association of America and Western Energy Alliance submit respectfully this notice advising the parties and the Court that Petitioners may submit for the Court's consideration the Affidavit of Daniel Thomas Naatz, dated June 18, 2015, and attached as Exhibit 1 to this notice, at the hearing on the pending preliminary injunction motions scheduled for June 23, 2015. Petitioners anticipate that Mr. Naatz' affidavit would be introduced as a testimonial exhibit during the presentation of witness testimony.

Submitted respectfully this 18th day of June, 2015,

        /s/ Mark S. Barron
Mark S. Barron
L. Poe Leggette
Alexander K. Obrecht
BAKER & HOSTETLER LLP
1801 California, Suite 4400
Denver, Colorado 80202-5835
Telephone: 303.764.4020
Facsimile: 303.861.7805
pleggette@bakerlaw.com
mbarron@bakerlaw.com
aobrecht@bakerlaw.com

*Attorneys for Petitioners Independent Petroleum Association of America & Western Energy Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2015, a copy of the foregoing **NOTICE OF SUPPLEMENTAL AFFIDAVIT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Susan Quinn*
Susan Quinn
