**From:** Wells, Steven [mailto:s1wells@blm.gov]
**Sent:** Monday, September 09, 2013 11:19 AM
**To:** Dan Naatz
**Cc:** steven_wells@blm.gov; Kristen Lingley
**Subject:** Re: FW: letter to Steve Wells

Dan and Kristen,
Here was an article last month from EE, but it speaks to communication between wells.  I don't know what you hear from your companies, but watching for the hits is important, also I presume they want to protect the frac investment and not have it "dump" into another wellbore.  I heard there may be a working committee with New Mexico Division of Minerals to look into field practices.

Let me know what you think,
steve

# Exhibit A