**From:** Kristen Lingley
**Sent:** Friday, September 20, 2013 12:37 PM
**To:** 'Wells, Steven'
**Cc:** steven_wells@blm.gov
**Subject:** RE: FW: letter to Steve Wells

HI Steve:
Thank you so much for flagging this article, we greatly appreciate it as we continue to reach out to our membership on well communication issues.  Dan and I are traveling the next few weeks, but we'd love to come in and touch base with you on this issue and federal lands issues. Do you have some time during the week of October 15?

Thanks,
Kristen


**From:** Wells, Steven [mailto:s1wells@blm.gov]
**Sent:** Monday, September 09, 2013 11:19 AM
**To:** Dan Naatz
**Cc:** steven_wells@blm.gov; Kristen Lingley
**Subject:** Re: FW: letter to Steve Wells

Dan and Kristen,
Here was an article last month from EE, but it speaks to communication between wells.  I don't know what you hear from your companies, but watching for the hits is important, also I presume they want to protect the frac investment and not have it "dump" into another wellbore.  I heard there may be a working committee with New Mexico Division of Minerals to look into field practices.

Let me know what you think,
steve

**Exhibit B**