**James Tichenor**
Economist, WO-300

20 M Street, SE
Washington, DC 20003
Office: 202-912-7543
Cell: 202-258-7108
Email: jtichenor@blm.gov

BUREAU OF LAND MANAGEMENT

**Steven Wells**
Division Chief
Fluid Minerals Division

20 M. Street, S.E., 4th Floor
Washington, DC 20003
Office: 202-912-7143
Cell: 202-329-4551
Fax: 202-912-7199
s1wells@blm.gov

BUREAU OF LAND MANAGEMENT

**John Ajak**
Petroleum Engineer
Division of Fluid Minerals

20 M. St., SE
Washington, DC 20003
Office: 202-912-7147
Fax: 202-912-7199
jajak@blm.gov

BUREAU OF LAND MANAGEMENT

**Subijoy Dutta, P.E.**
Lead Petroleum Engineer
Fluid Minerals Division

20 M. Street, S.E., 4th Floor
Washington, DC 20003
Office: 202-912-7152
Fax: 202-912-7199
sdutta@blm.gov

BUREAU OF LAND MANAGEMENT

**Exhibit C**