# EXHIBIT 1



# Oil and Gas Division

Lynn D. Helms - Director        Bruce E. Hicks - Assistant Director

**Department of Mineral Resources**

Lynn D. Helms - Director

**North Dakota Industrial Commission**

www.dmr.nd.gov/oilgas/

Effective February 12, 2014

RE: **Hydraulic Fracture Stimulation using Diesel Fuels**

Please be aware that the United States Environmental Agency (USEPA) has published guidelines pertaining to hydraulic fracturing (HF) activities using diesel fuels. The guidelines outline the requirement to obtain an Underground Injection Control, Class II permit, from the Commission prior to commencing any HF stimulation in which any amount of diesel fuel is injected. USEPA identifies diesel fuel as any compound identified with the following Chemical Abstract Service Registry Numbers:

**68334-30-5 (Primary Name: Fuels, diesel)**
**68476-34-6 (Primary Name: Fuels, diesel, No. 2)**
**68476-30-2 (Primary Name: Fuel oil No. 2)**
**68476-31-3 (Primary Name: Fuel oil, No. 4)**
**8008-20-6 (Primary Name: Kerosene)**

Please contact Kevin Connors, Oil and Gas Division UIC/CCS Supervisor, if you have any questions.

Also visit the following EPA link for further information:

http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/hydraulic-fracturing.cfm