# EXHIBIT 3

Data last updated October 29, 2014

## Number of Well Bores Started (Spud) During the Fiscal Year on Federal Lands

| Geographic State | FY 1984[1] | FY 1985[1] | FY 1986[1] | FY 1987[1] | FY 1988[1] | FY 1989[1] | FY 1990[1] | FY 1991[1] | FY 1992[1] | FY 1993[1] | FY 1994[1] | FY 1995[1] | FY 1996[1] | FY 1997[1] | FY 1998[2] | FY 1999[2] | FY 2000[2] | FY 2001[2] | FY 2002[2] | FY 2003[2] | FY 2004[2] | FY 2005[3] | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | | 1 | | 3 | 5 | 10 | 10 | 2 | 1 | | 1 | | | | | | | 1 | 1 | | 6 | 0 | | | | 1 | | | 1 | 0 | 0 |
| Alaska | 3 | 7 | | | 2 | 2 | 4 | | | 1 | 2 | 1 | | 1 | 6 | 12 | 13 | 13 | 7 | 7 | 6 | 6 | 7 | 9 | 7 | | | | 2 | 6 | 6 |
| Arizona | 2 | | 3 | 1 | | | 1 | | | 1 | | | | | | | | | | | | | | 1 | | | | | | | |
| Arkansas | 5 | 28 | 7 | 5 | 7 | 12 | 5 | 6 | 6 | 7 | 9 | 18 | 6 | 4 | 6 | 11 | 1 | 7 | 5 | 4 | 6 | 11 | 13 | 12 | 14 | 13 | 7 | 3 | 13 | 14 |
| California | 213 | 28 | 106 | 38 | 105 | 124 | 174 | 39 | 133 | 121 | 125 | 143 | 154 | 480 | 223 | 108 | 91 | 100 | 108 | 97 | 147 | 135 | 155 | 231 | 162 | 210 | 414 | 284 | 205 | 210 |
| Colorado | 83 | 194 | 27 | 162 | 98 | 149 | 124 | 83 | 146 | 164 | 87 | 49 | 26 | 58 | 67 | 121 | 158 | 156 | 206 | 195 | 207 | 386 | 400 | 527 | 340 | 411 | 453 | 318 | 215 | 229 |
| Connecticut | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Delaware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Florida | | | | 1 | 1 | 1 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | |
| Georgia | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hawaii | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Idaho | | 1 | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Illinois | | | | | 1 | | 2 | 2 | 2 | 5 | 1 | 2 | 1 | | 1 | | | | | | | | | | | | | | | | |
| Indiana | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Iowa | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kansas | 7 | 4 | 2 | 7 | 7 | 5 | 10 | 10 | 6 | 14 | 8 | 22 | 21 | 7 | 1 | 5 | 8 | 3 | 6 | | 5 | 5 | | 2 | 1 | 1 | | | | | |
| Kentucky | | | | 5 | 6 | 3 | 11 | 5 | 9 | 5 | 1 | | 2 | | | | 2 | | | | | | | | | | | | | | |
| Louisiana | 24 | 7 | 2 | | 7 | 9 | 5 | | 8 | 5 | 9 | 6 | 29 | 14 | 6 | 9 | 5 | 2 | 9 | 14 | 15 | 39 | 39 | 24 | 6 | | 2 | | 1 | 1 | |
| Maine | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maryland | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Massachusetts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Michigan | 2 | | 1 | 5 | 2 | 6 | 3 | 2 | 5 | 3 | 15 | 8 | 7 | 1 | | 2 | 1 | 1 | 1 | 7 | | 1 | 2 | | 1 | 2 | | | | | |
| Minnesota | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mississippi | | 6 | 8 | 17 | 15 | 9 | 14 | 8 | 5 | 7 | 9 | 10 | 7 | 1 | 7 | 7 | 5 | 7 | 6 | 3 | 4 | 11 | 11 | 1 | 3 | 1 | 1 | 2 | 7 | 9 | |
| Missouri | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Montana | 165 | 78 | 76 | 66 | 77 | 88 | 76 | 46 | 16 | 30 | 62 | 19 | 81 | 63 | 91 | 108 | 117 | 109 | 124 | 98 | | 107 | 131 | 120 | 51 | 63 | 23 | 29 | 21 | 22 | |
| Nebraska | 2 | 3 | 3 | 9 | 2 | 1 | 1 | 1 | 4 | 1 | 2 | | 2 | 1 | | | | | 1 | | 1 | 1 | 1 | 1 | | | | | | | |
| Nevada | 27 | 20 | 13 | 16 | 23 | 23 | 22 | 24 | 20 | 26 | 23 | 21 | 13 | 9 | 1 | | | 3 | 4 | 4 | 5 | 8 | 8 | 4 | 2 | 2 | 3 | 1 | 3 | 3 | |
| New Hampshire | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Jersey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Mexico | 369 | 534 | 353 | 482 | 441 | 778 | 862 | 402 | 505 | 646 | 624 | 586 | 663 | 792 | 609 | 920 | 1,000 | 821 | 1,077 | 726 | 218 | 968 | 1,088 | 1,000 | 706 | 731 | 709 | 851 | 672 | 702 | |
| New York | | | | | | 2 | | 1 | | | | | | | 1 | | | 1 | | | | | 2 | | | | | | | | |
| North Carolina | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| North Dakota | 43 | 42 | 14 | 28 | 6 | 25 | 26 | 25 | 18 | 17 | 18 | 21 | 10 | 36 | 2 | 19 | 35 | 54 | 65 | 48 | | 96 | 114 | 66 | 66 | 95 | 118 | 144 | 167 | 174 | |
| Ohio | 3 | 1 | 4 | 5 | | 1 | 9 | 14 | 5 | 5 | | | 2 | 1 | 4 | 1 | 8 | 1 | 1 | 2 | | 2 | 3 | 1 | | 2 | 2 | | 2 | 2 | |
| Oklahoma | 5 | 10 | 4 | 53 | 13 | 4 | 10 | 21 | 9 | 3 | 9 | 28 | 32 | 7 | 7 | 13 | 11 | 6 | 7 | 5 | | 13 | 13 | 18 | 6 | 2 | 1 | 8 | 9 | 9 | |
| Oregon | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pennsylvania | | | | 3 | | | | | | | | | | | 1 | | | | 1 | | | | 5 | 5 | | 5 | 1 | | | 6 | 21 |
| Rhode Island | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| South Carolina | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| South Dakota | 9 | 7 | 3 | 5 | 4 | 10 | 6 | 5 | 2 | 5 | 6 | 2 | 5 | 9 | 2 | 1 | 2 | | 3 | | | 7 | 8 | 2 | 2 | | 3 | 4 | 1 | 2 | |
| Tennessee | | | | | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Texas | 14 | 10 | 12 | 11 | 7 | 14 | 10 | 8 | 23 | 29 | 31 | 32 | 19 | 6 | 3 | 13 | 21 | 10 | 10 | 15 | | 17 | 18 | 14 | 13 | 25 | 43 | 15 | 18 | 18 | |
| Utah | 103 | 85 | 81 | 107 | 55 | 59 | | 200 | 173 | 95 | 126 | 123 | 159 | 249 | 100 | 252 | 363 | 233 | 275 | 226 | 37 | 181 | 582 | 736 | 429 | 317 | 431 | 584 | 447 | 457 | |
| Vermont | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Virginia | | | | | | | 96 | 2 | 3 | 1 | 1 | | | 2 | | | | 1 | | | | | | | 2 | 2 | | | | | |
| Washington | | | | 1 | 1 | | | | | | | | | | 1 | | | | | | | | | | | | | | | | |
| West Virginia | | | 1 | 1 | | 5 | 9 | | 4 | | | | | 4 | 2 | | 4 | 4 | 1 | | | | | | | | | | | | |
| Wisconsin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wyoming | 381 | 487 | 302 | 493 | 347 | 472 | 291 | 307 | 435 | 443 | 282 | 320 | 498 | 605 | 480 | 1,259 | 1,602 | 1,338 | 1,041 | 1,244 | 1,097 | 2,709 | 2,740 | 2,275 | 1,446 | 1,290 | 1,049 | 776 | 620 | 665 | |
| **TOTAL** | 1,468 | 1,553 | 1,023 | 1,526 | 1,231 | 1,827 | 1,783 | 1,214 | 1,541 | 1,630 | 1,452 | 1,410 | 1,736 | 2,352 | 1,619 | 2,861 | 3,448 | 2,871 | 2,957 | 2,702 | 1,742 | 4,708 | 5,343 | 5,044 | 3,267 | 3,166 | 3,260 | 3,022 | 2,413 | 2,544 | |

[1] Data from Public Lands Statistics.
[2] Data from AFMSS.
[3] Due to AFMSS shut down in FY 2005 data is incomplete as of 11/18/2005.  Data will be updated as soon as system is fully updated for FY 2005.