# EXHIBIT 4

Data last updated October 29, 2014

## Number of Drilling Permits Approved by Fiscal Year on Federal Lands

| Geographic State | FY 1984[1] | FY 1985[1] | FY 1986[1] | FY 1987[1] | FY 1988[1] | FY 1989[1] | FY 1990[1] | FY 1991[1] | FY 1992[1] | FY 1993[1] | FY 1994[1] | FY 1995[1] | FY 1996[1] | FY 1997[1] | FY 1998[2] | FY 1999[2] | FY 2000[2] | FY 2001[2] | FY 2002[2] | FY 2003[2] | FY 2004[2] | FY 2005[3] | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | | | | | | | 9 | 19 | 1 | 2 | | | | | | | | 2 | | 6 | 6 | | 1 | | 1 | | | | 2 | | |
| Alaska | | 2 | 4 | 1 | | 2 | 2 | | | 1 | 1 | 3 | 5 | 1 | 3 | 6 | 11 | 12 | 12 | 8 | 14 | 9 | 9 | 7 | 12 | 8 | | | 2 | 10 | 8 |
| Arizona | | 1 | 2 | 3 | 1 | 1 | | 1 | | | 1 | | 1 | | 1 | | | | | | | 1 | | | | | | | | | |
| Arkansas | | | | | | | 14 | 8 | 11 | 8 | | | | | 2 | 7 | 5 | | 3 | 6 | 5 | 23 | 11 | 14 | 25 | 28 | 18 | 12 | 12 | 18 | 25 |
| California | 298 | 189 | 115 | 86 | 227 | 156 | 172 | 108 | 140 | 173 | 137 | 175 | 281 | 408 | 172 | 88 | 74 | 104 | 72 | 109 | 203 | 165 | 313 | 231 | 169 | 281 | 369 | 355 | 181 | 181 | |
| Colorado | 196 | 88 | 63 | 119 | 140 | 203 | 151 | 127 | 175 | 184 | 51 | 79 | 94 | 47 | 107 | 155 | 201 | 175 | 252 | 378 | 488 | 650 | 765 | 684 | 473 | 593 | 509 | 422 | 314 | 316 | |
| Connecticut | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Delaware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Florida | | | | | | | 1 | 2 | | | | | | | | | | | | | | | | | | | | | | | |
| Georgia | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hawaii | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Idaho | | 2 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Illinois | | | | | | | 7 | 1 | 4 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Indiana | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Iowa | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kansas | | | | | | | 8 | 8 | 12 | 8 | | | | | 6 | 1 | 7 | 6 | 3 | 7 | 1 | | 2 | 10 | | 3 | 2 | | | 1 | 1 |
| Kentucky | | | | | | | | 2 | 14 | 2 | | | | | | | | 2 | | | 4 | | 3 | | | | | | | | |
| Louisiana | | | | | | | 11 | 1 | 6 | 5 | | | | | 19 | 2 | 8 | 4 | 2 | 16 | 27 | 62 | 26 | 65 | 45 | 2 | 1 | 3 | 2 | 6 | 6 |
| Maine | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maryland | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Massachusetts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Michigan | | | | | | | 11 | 4 | 2 | 10 | | | | | 2 | | 1 | 1 | | | 11 | | 8 | 4 | 5 | | 1 | | | 1 | 1 |
| Minnesota | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mississippi | | | | | | | 4 | 19 | 4 | 10 | | | | | 4 | 1 | 6 | 5 | 4 | 14 | 9 | 15 | 4 | 7 | 3 | 2 | 1 | 1 | 3 | 6 | 10 |
| Missouri | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Montana | 246 | 118 | 85 | 97 | 90 | 101 | 80 | 52 | 30 | 71 | 88 | 95 | 186 | 76 | 95 | 106 | 114 | 120 | 206 | 134 | | 119 | 150 | 141 | 57 | 66 | 26 | 51 | 26 | 26 | |
| Nebraska | | | | | | | 1 | 2 | 1 | 4 | | | | | | | | 1 | 1 | 1 | | | 2 | | | | | | | | |
| Nevada | 39 | 23 | 17 | 19 | 32 | 38 | 25 | 30 | 33 | 25 | 29 | 23 | 34 | 7 | 1 | | | 4 | 3 | 10 | 9 | 8 | 14 | 7 | 7 | 3 | 3 | 2 | 7 | 7 | |
| New Hampshire | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Jersey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Mexico | 1,258 | 654 | 512 | 685 | 805 | 1,255 | 828 | 782 | 966 | 951 | 802 | 890 | 911 | 658 | 564 | 864 | 904 | 1,009 | 1,164 | 1,319 | 583 | 1,414 | 1,213 | 1,224 | 1,105 | 945 | 883 | 1,073 | 925 | 920 | |
| New York | | | | | | | | | | | | | | | | | | | 1 | | | | 4 | | | | | | | | |
| North Carolina | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| North Dakota | | | | | | | 40 | 27 | 28 | 28 | | | | | 22 | 2 | 15 | 41 | 46 | 50 | 66 | | 109 | 72 | 88 | 65 | 147 | 135 | 197 | 255 | 254 |
| Ohio | | | | | | | 1 | 16 | 15 | 3 | | | | | | 4 | 1 | 8 | | 2 | 3 | | | 1 | 3 | | 1 | 1 | 1 | | |
| Oklahoma | | | | | | | 7 | 9 | 15 | 9 | | | | | 4 | 8 | 10 | 4 | 4 | 9 | 10 | | 18 | 16 | 18 | 4 | 10 | 7 | 17 | 33 | 33 |
| Oregon | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pennsylvania | | | | | | | 3 | | | | | | | | | | | | | | | | | | | 6 | | | | | |
| Rhode Island | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| South Carolina | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| South Dakota | | | | | | | 9 | 8 | | 2 | | | | | 6 | 2 | 1 | 2 | 4 | 1 | | | 1 | 4 | 4 | | 1 | 3 | 3 | 2 | 2 |
| Tennessee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Texas | | | | | | | 9 | 12 | 25 | 31 | | | | | 3 | 6 | 14 | 16 | 15 | 26 | 29 | | 44 | 13 | 23 | 24 | 78 | 31 | 37 | 18 | 18 |
| Utah | 209 | 124 | 124 | 145 | 59 | 84 | 158 | 276 | 162 | 127 | 220 | 173 | 254 | 236 | 123 | 248 | 378 | 317 | 323 | 517 | 66 | 458 | 896 | 943 | 557 | **402** | 602 | 848 | 965 | 963 | |
| Vermont | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Virginia | | | | | | | 8 | 5 | 4 | 4 | | | | | 2 | | | 1 | | | | | | 2 | | | | | | | |
| Washington | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | |
| West Virginia | | | | | | | 8 | 1 | | | | | | | 4 | 1 | 2 | 2 | 1 | 1 | | | | | | | | | | | |
| Wisconsin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wyoming | 1,001 | 612 | 534 | 559 | 458 | 627 | 410 | 430 | 587 | 536 | 478 | 472 | 767 | 661 | 536 | 1,524 | 1,662 | 1,548 | 1,635 | 3,399 | 3,120 | 3,692 | 3,557 | 3,155 | 1,975 | 1,538 | 1,660 | 1,229 | 1,001 | 997 | |
| Eastern States | 63 | 72 | 31 | 61 | 37 | | | | | 44 | 62 | 46 | 52 | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 3,318 | 1,886 | 1,486 | 1,772 | 1,851 | 2,617 | 1,969 | 1,947 | 2,222 | 2,113 | 1,870 | 1,959 | 2,580 | 2,171 | 1,639 | 3,066 | 3,439 | 3,372 | 3,802 | 6,052 | 4,579 | 6,738 | 7,124 | 6,617 | 4,487 | 4,090 | 4,244 | 4,256 | 3,770 | 3,769 | |

[1] Data from Public Lands Statistics in which APDs were portrayed by BLM administrative office (e.g., the Eastern States Office).
[2] Data from AFMSS as of January 31, 2005. Data is shown by geographic State (e.g., Alabama, Arkansas, etc.).
[3] Due to AFMSS shut down in FY 2005 data is incomplete as of 11/18/2005. Data will be updated as soon as system is fully updated for FY 2005.