IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 JUN 24 PM 2 17

STEPHAN HARRIS, CLERK
CASPER

| | | |
|---|---|---|
| STATE OF WYOMING, STATE OF COLORADO, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| STATE OF NORTH DAKOTA, STATE OF UTAH, | ) | |
| and UTE INDIAN TRIBE, | ) | |
| | ) | |
| Intervenor-Petitioners, | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-CV-043-SWS |
| | ) | **(Lead Case)** |
| UNITED STATES DEPARTMENT OF THE | ) | |
| INTERIOR; SALLY JEWELL, in her official | ) | |
| capacity as Secretary of the Interior; UNITED | ) | **ORDER POSTPONING EFFECTIVE** |
| STATES BUREAU OF LAND MANAGEMENT; | ) | **DATE OF AGENCY ACTION** |
| and NEIL KORNZE, in his official capacity as | ) | |
| Director of the Bureau of Land Management, | ) | |
| | ) | |
| Respondents, | ) | |
| | ) | |
| SIERRA CLUB, EARTHWORKS, WESTERN | ) | |
| RESOURCE ADVOCATES, CONSERVATION | ) | |
| COLOARDO EDUCATION FUND, THE | ) | |
| WILDERNESS SOCIETY, and SOUTHERN | ) | |
| UTAH WILDERNESS ALLIANCE, | ) | |
| | ) | |
| Intervenor-Respondents. | ) | |

| | | |
|---|---|---|
| INDEPENDENT PETROLEUM | ) | |
| ASSOCIATION OF AMERICA, and | ) | |
| WESTERN ENERGY ALLIANCE, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-CV-041-SWS |
| | ) | |
| SALLY JEWELL, in her official capacity as | ) | |
| Secretary of the United States Department of the | ) | |
| Interior; and BUREAU OF LAND | ) | |
| MANAGEMENT, | ) | |
| | ) | |
| Respondents. | ) | |

This matter came before the Court on the Petitioners' and Intervenor-Petitioners' motions for preliminary injunction, seeking to enjoin Respondent Bureau of Land Management ("BLM") from applying BLM's recently issued rules related to hydraulic fracturing on Federal and Indian lands, 80 Fed. Reg. 16,128-16,222 (Mar. 26, 2015) ("Final Rule"), pending resolution of this litigation. The Final Rule was scheduled to take effect on June 24, 2015.

For the reasons stated by the Court orally on the record at the conclusion of the hearing held in this matter on June 23, 2015, which are incorporated herein by reference, and pursuant to 5 U.S.C. § 705, the effective date of the Final Rule is hereby POSTPONED pending BLM's lodging of the Administrative Record and the Court's ruling on the motions for preliminary injunction.

Within seven (7) calendar days of the lodging of the Administrative Record, the parties may file citations to the record in support of their respective positions. No further argument will be considered.

SO ORDERED.

DATED this 24th day of June, 2015.

Scott W. Skavdahl
United States District Judge