# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

|  |  |
|---|---|
| **STATE OF WYOMING, et al.,** | ) **2:15-CV-00043-SWS [Lead]** |
| | ) |
| **Petitioners,** | ) **[Consolidated With 2:15-CV-00041]** |
| **v.** | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF** | ) |
| **THE INTERIOR, et al.** | ) |
| | ) **ORDER GRANTING MOTION FOR** |
| **Respondents,** | ) **LEAVE TO FILE A CONSOLIDATED** |
| | ) **RESPONSE BRIEF** |
| **SIERRA CLUB, et al.,** | ) |
| | ) |
| **Respondent-Intervenors.** | ) |

Upon Consideration of Respondent-Intervenors' Motion for Leave to File a Consolidated Response Brief in response to merits briefs filed by Industry Petitioners, State Petitioners, Ute Tribe, and North Dakota, it is hereby

**ORDERED** that Respondent-Intervenors' Motion for Leave to File a Consolidated Response Brief is **GRANTED**.

**ORDERED** that Respondent-Intervenors shall file ONE consolidated merits brief, in response to the four merits briefs filed by Industry Petitioners, State Petitioners, Ute Tribe, and North Dakota, and this consolidated brief shall be no more than 37,500 words.

Dated: March 24, 2016

_____

The Honorable Kelly H. Rankin
United States Magistrate Judge